Certificate Number: 14677-OR-DE-013815479

Bankruptcy Case Number: 11-30231


14677-OR-DE-013815479

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2011, at 1:30 o'clock PM PST, Kurt A Steinbach completed a course on personal financial management given in person by Wayne Godare, Chapter 13 Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:  February 8, 2011            By:    /s/Kayla Ross

                                   Name:  Kayla Ross

                                   Title: Trust Generalist

Certificate Number: 14677-OR-DE-013815480

Bankruptcy Case Number: 11-30231



14677-OR-DE-013815480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2011, at 1:30 o'clock PM PST, Darlene R Steinbach completed a course on personal financial management given in person by Wayne Godare, Chapter 13 Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: February 8, 2011

By: /s/Kayla Ross

Name: Kayla Ross

Title: Trust Generalist