UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>KURT A STEINBACH<br>DARLENE R STEINBACH<br><br><br><br>Debtor(s) | ) Case No.  311-30231-rld13<br>)<br>) Confirmation Hearing Date: Mar 10, 2011<br>)<br>) TRUSTEE'S OBJECTION TO<br>) CONFIRMATION; AND<br>) MOTION(S) THEREON |

THE TRUSTEE:

1. Objects to confirmation for the reason(s) marked below:

    _____a.  Attorney fees sought are excessive:

    _____b.  Case not filed in good faith/Plan not proposed in good faith:

    _____c.  Plan is not feasible:

    _____d.  Plan does not commit all of the debtor's excess projected disposable income pursuant to §1325(b)(1)(B) for the applicable commitment period:

    _____e.  Plan does not meet best interest test:

    _____f.  Filing/ documentation deficient:

    \_\_\_X\_\_g.  Other: **as requested at the §341(a) hearing, please make the following changes to the Plan:**
 1. **Add Plan date "01-12-11";**
 2. **¶1(e) add "plus all net proceeds from inheritance";**
 3. **¶2(g) strike "n/a" and replace with "$21,755.00";**
 4. **Add ¶14 "Debtors shall provide the Trustee with pay stubs and amended Schedules I & J within 60 days of Mr. Steinbach gaining employment".**

2. If, not less than 10 days prior to the confirmation hearing, the debtor fails to take all necessary steps to satisfy each objection marked above (e.g., file an amended plan using LBF #1355.05, file all documentation noted in 1.f., etc.), the trustee must promptly file this document.  If this document is filed, the trustee moves the court for an order per the section(s) marked below:

    _____a.  Move that the debtor's attorney's fee request be modified as follows:
    and/or
    \_\_\_X\_\_b.  (If any section other than 1.a. is marked above) move that the case be dismissed without further notice.

3. Certifies a copy of this document was served on the debtor and debtor's attorney, if any, by hand at the first meeting of creditors on \_\_\_\_**N/A**\_\_\_\_\_, or by mail on **February 10, 2011**.

DATED:  February 10, 2011

                                              \_/s/ Wayne Godare
                                                        Trustee

BRIAN D TURNER

1350.70  (06/24/97)(jt)