**Below is an order of the Court.**

*[signature]*
U.S. Bankruptcy Judge

ORSA (12/1/09) gjd

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Kurt Abram Steinbach**
**Darlene Rose Steinbach**
Debtor(s)

Case No. **11–30231–rld13**

ORDER REQUIRING SERVICE OF PLAN AND SETTING ADJOURNED CONFIRMATION HEARING

**IT IS ORDERED** that:

1. The hearing on confirmation of the debtor's plan and related motions is continued for the reasons that the debtor(s) failed to serve the following creditors affected by pt. 2(b) of the plan in accordance with Fed. R. Bankr. P. 9014 and 7004: **Multnomah County Tax Collector**.

2. The debtor(s) shall, within 14 days of the date of this order, (a) serve the Chapter 13 Plan and Related Motions dated **1/12/11**, and a copy of this order on the creditor(s) listed above in accordance with Fed. R. Bankr. P. 7004 and 9014; (b) serve a copy of the proposed confirmation order on the creditor(s) listed in pt. 1 of this order that are affected by any proposed change(s) to the plan by interlineation; AND (c) file with the court and serve upon the Chapter 13 trustee a proof of service showing service in accordance with Fed. R. Bankr. P. 7004 and 9014. If the debtor(s) fail to comply with this provision, the case may be dismissed without further notice or hearing.

3. The debtor(s) failed to serve the following creditor(s) affected by pt. 6 of the plan in accordance with Fed. R. Bankr. P. 9014 and 7004: **none**. If debtor(s) do not properly serve the creditor(s) listed above and comply with the proof of service provisions in accordance with pt. 2 of this order, and if the plan is confirmed, the court will deny the motion(s) contained in pt. 6 of the plan.

4. An **ADJOURNED CONFIRMATION HEARING,** at which testimony will be received if offered and admissible, shall be held:

   **DATE:**  4/7/11      **TIME:**  01:30 PM

   **LOCATION:**  US Bankruptcy Court, Courtroom #3, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204

   (unless a motion to convert or dismiss this case is filed).

**IT IS FURTHER ORDERED** that the debtor's attorney fees are hereby reduced in the sum of **$50.**.

Page 2 of 2                                                                                                    ###