Turner Uhlemann PC
Brian D. Turner, OSB #04013
1631 NE Broadway #120
Portland, OR 97232
Tel: (503) 946-8763

Attorney for Debtor(s).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:                                                   ) Case No. 11-30231-elp13
                                                         )
Kurt Abram Steinbach                                     ) MOTION FOR ORDER GRANTING
Darlene Rose Steinbach                                   ) WITHDRAWAL AS ATTORNEY OF
                                                         ) RECORD
Debtor(s)                                                )
                                                         )
_____)

      Undersigned counsel, attorney of record for the above-captioned Debtors, hereby moves this Court for an order granting withdrawal as attorney of record in the above-referenced case. In support of this motion, counsel makes the following representations:

1. Debtors' case was filed on January 12, 2011. At the time the case was filed, Debtors were married, and Debtors' counsel concluded that no conflict of interest existed;

2. Debtors' plan was confirmed April 8, 2011;

3. On April 25, 2014, US Bank filed a Motion for Relief for an alleged default on post-petition mortgage payments. (See Docket #53).

4. On May 9, 2014, Debtors filed a Response & Notice of Hearing Re: Relief from Stay. (See Docket #57).

5. On May 14, 2014, after further discussions with the Debtors regarding the Motion for Relief, Debtors' counsel learned of a breakdown in Debtors' marital relationship and determined that a conflict existed that would preclude continued representation;

6. Because Debtors' counsel determined that continued representation of one party would materially limit representation of the other party, under Rule 1.7(a)(2) of the Oregon Rules of Professional Conduct, Debtors' counsel is prohibited from further representation of either party.

7. A preliminary phone hearing has been set for May 20, 2014, at 1:30 on the Motion for Relief, and Debtors' Counsel will call in to the hearing to request additional time on behalf of Debtors in light of the pending motion to withdraw.

WHEREFORE, Debtors' counsel moves this Court for an order granting withdrawal as attorney of record in the above referenced case.

Date: May 15, 2014

Respectfully submitted:

/s/ Brian D Turner_____
Brian D. Turner, OSB #04013
Attorney for Debtor(s)

MOTION FOR ORDER GRANTING
WITHDRAWAL AS ATTORNEY OF RECORD

Turner Uhlemann PC
Brian D. Turner, OSB #04013
1631 NE Broadway #120
Portland, OR  97232
Phone: (503) 946-8763

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon the following addresses by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

*Served electronically:*
Office of the U.S. Trustee; Wayne Godare, Case Trustee

*Served conventionally*:

Kurt Abram Steinbach
9411 NE Schuyler St.
Portland, OR 97220

Darlene Rose Steinbach
9411 NE Schuyler St.
Portland, OR 97220

Dated this 15th Day of May, 2014

/s/ Brian D Turner_____
Brian D. Turner, OSB #04013
Attorney for Debtor(s)

MOTION FOR ORDER GRANTING
WITHDRAWAL AS ATTORNEY OF RECORD

Turner Uhlemann PC
Brian D. Turner, OSB #04013
1631 NE Broadway #120
Portland, OR 97232
Phone: (503) 946-8763

- 3 -