IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the FILED date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

    _____
    PETER C. McKITTRICK
    U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re    )
    ) Case No. _____
    )
    ) [ONLY FOR CHAPTER 13 CASES]
    ) APPLICATION BY DEBTOR'S ATTORNEY
    ) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s)    ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are _____ _____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)    IS    IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (12/1/15) **Page 1 of 2**

3.  My Disclosure of Compensation shows the debtor(s) and I agreed to:
    ___ Schedule 2     ___ Schedule 3.

4.  My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on __N/A_____, which is more than six months from the date of this application unless this is my final application.

5.  Allowance of this application will (mark all that apply):
    __ not affect the distribution to creditors.
    __ not change the length of the plan which is estimated at _____ months.
    __ change the length of the plan from an estimated _____ months to an estimated _____ months.
    __ delay the distribution to creditors by approximately _____ months.
    __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %.
    __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
    __ other: _____
    _____.

6.  Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7.  Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                                   _____
                                                    Debtor's Attorney


***STOP:*** **BEFORE** **SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

### CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

1307 (12/1/15) **Page 2 of 2**

Case 11-30231-pcm13    Doc 86    Filed 03/03/16

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 05/29/2014** | | | | | | | | | |
| 2861.001 | 05/29/2014 | 12 | P | 1 | 250.00 | 1.50 | 375.00 | Review filed petitions and schedules (0.8); meet with D. Steinbach (0.7).<br>Steinbach/Darlene R.<br>Bankruptcy | 1 |
| **Total for Transaction Date 05/29/2014** | | | | | Billable | 1.50 | 375.00 | | |
| **Transaction Date 05/30/2014** | | | | | | | | | |
| 2861.001 | 05/30/2014 | 12 | P | 1 | 250.00 | 1.50 | 375.00 | Further analysis of petitions and plan as filed (.5); analyze current financial situation and sell or refinance possibilities (.6); conference with N. Henderson regarding plan feasibility options (.3); telephone call to J. Palomares regarding relief from stay motion (.1).<br>Steinbach/Darlene R.<br>Bankruptcy | 2 |
| **Total for Transaction Date 05/30/2014** | | | | | Billable | 1.50 | 375.00 | | |
| **Transaction Date 06/02/2014** | | | | | | | | | |
| 2861.001 | 06/02/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Draft letter to client regarding bankruptcy status and risks moving forward.<br>Steinbach/Darlene R.<br>Bankruptcy | 3 |
| **Total for Transaction Date 06/02/2014** | | | | | Billable | 0.30 | 75.00 | | |
| **Transaction Date 06/03/2014** | | | | | | | | | |
| 2861.001 | 06/03/2014 | 12 | P | 1 | 250.00 | 0.50 | 125.00 | Edit letter to client regarding status and risks going forward. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 4 |
| **Total for Transaction Date 06/03/2014** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.50<br>0.50 | 0.00<br>125.00<br>125.00 | | |
| **Transaction Date 06/05/2014** | | | | | | | | | |
| 2861.001 | 06/05/2014 | 12 | P | 1 | 250.00 | 0.60 | 150.00 | Telephone conference with J. Palomares regarding relief from stay hearing (0.3); telephone conference with client regarding curing postpetition arrearages (0.3).<br>Steinbach/Darlene R.<br>Bankruptcy | 5 |
| **Total for Transaction Date 06/05/2014** | | | | | Billable | 0.60 | 150.00 | | |
| **Transaction Date 06/10/2014** | | | | | | | | | |
| 2861.001 | 06/10/2014 | 12 | P | 1 | 250.00 | 0.60 | 150.00 | Telephone conference with J. Palomares regarding debt confirmation (0.2); review motion and payment history (0.2); attend relief from stay hearing (0.2).<br>Steinbach/Darlene R.<br>Bankruptcy | 6 |
| **Total for Transaction Date 06/10/2014** | | | | | Billable | 0.60 | 150.00 | | |
| **Transaction Date 06/23/2014** | | | | | | | | | |
| 2861.001 | 06/23/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with D. Steinbach regarding hearing; emails with J. Palomares regarding same.<br>Steinbach/Darlene R.<br>Bankruptcy | 7 |
| **Total for Transaction Date 06/23/2014** | | | | | Billable | 0.20 | 50.00 | | |
| **Transaction Date 06/25/2014** | | | | | | | | | |
| 2861.001 | 06/25/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Telephone calls to/from D. Steinbach regarding default.<br>Steinbach/Darlene R.<br>Bankruptcy | 8 |
| **Total for Transaction Date 06/25/2014** | | | | | Billable | 0.20 | 50.00 | | |
| **Transaction Date 06/27/2014** | | | | | | | | | |
| 2861.001 | 06/27/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Telephone conference with D. Steinbach regarding relief from stay and hearing; emails with J. Palomares regarding same.<br>Steinbach/Darlene R.<br>Bankruptcy | 9 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 06/27/2014**

| | | | | | | ___ | ___ | | |
| **Total for Transaction Date 06/27/2014** | | | | | Billable | 0.30 | 75.00 | | |

**Transaction Date 07/17/2014**
| 2861.001 | 07/17/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with Trustee regarding payment history. (No Charge). Steinbach/Darlene R. Bankruptcy | 10 |

| **Total for Transaction Date 07/17/2014** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.20 | 50.00 | | |
| | | | | | Total | 0.20 | 50.00 | | |

**Transaction Date 07/29/2014**
| 2861.001 | 07/29/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Exchange phone calls with Client. (No Charge). Steinbach/Darlene R. Bankruptcy | 11 |

| **Total for Transaction Date 07/29/2014** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.20 | 50.00 | | |
| | | | | | Total | 0.20 | 50.00 | | |

**Transaction Date 07/30/2014**
| 2861.001 | 07/30/2014 | 12 | P | 1 | 250.00 | 0.40 | 100.00 | Telephone conference with J. Palomares regarding calls from S. Ferrero and D. Steinbach; Telephone conference with S. Ferraro regarding loan workout. Steinbach/Darlene R. Bankruptcy | 12 |

| **Total for Transaction Date 07/30/2014** | | | | | Billable | 0.40 | 100.00 | | |

**Transaction Date 08/14/2014**
| 2861.001 | 08/14/2014 | 12 | P | 1 | 250.00 | 0.50 | 125.00 | Draft letter to client regarding plan options; analyze case financials. Steinbach/Darlene R. Bankruptcy | 13 |

| **Total for Transaction Date 08/14/2014** | | | | | Billable | 0.50 | 125.00 | | |

**Transaction Date 09/29/2014**
| 2861.001 | 09/29/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Telephone conference with D. Steinbach regarding current status and mortgage modification. Steinbach/Darlene R. Bankruptcy | 14 |

| **Total for Transaction Date 09/29/2014** | | | | | Billable | 0.30 | 75.00 | | |

**Transaction Date 07/23/2015**
| 2861.001 | 07/23/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Telephone conference with husband's divorce attorney regarding foreclosure process. Steinbach/Darlene R. Bankruptcy | 15 |

| **Total for Transaction Date 07/23/2015** | | | | | Billable | 0.30 | 75.00 | | |

**Transaction Date 07/24/2015**
| 2861.001 | 07/24/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Analyze case financials in follow-up to conversation with divorce attorney. Steinbach/Darlene R. Bankruptcy | 16 |

| **Total for Transaction Date 07/24/2015** | | | | | Billable | 0.20 | 50.00 | | |

**Transaction Date 08/20/2015**
| 2861.001 | 08/20/2015 | 12 | P | 1 | 250.00 | 1.20 | 300.00 | Emails with Divorce attorney regarding house sale (0.3); analyze chapter 13 plan and modification or dismissal options for case (0.8); telephone call to D. Steinbach (0.1). Steinbach/Darlene R. Bankruptcy | 17 |

| **Total for Transaction Date 08/20/2015** | | | | | Billable | 1.20 | 300.00 | | |

**Transaction Date 10/06/2015**
| 2861.001 | 10/06/2015 | 12 | P | 1 | 250.00 | 0.60 | 150.00 | Telephone conference with D. Steinbach regarding sale | 18 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 10/06/2015**

| | | | | | | | | information (0.3); emails with realtor regarding same (0.2); review plan pay-off information (0.1).<br>Steinbach/Darlene R.<br>Bankruptcy | |

| **Total for Transaction Date 10/06/2015** | | | | | Billable | 0.60 | 150.00 | | |

**Transaction Date 10/07/2015**

| 2861.001 | 10/07/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Voice mail from client regarding US bank account number; review claim documents and forward same to broker. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 19 |

| **Total for Transaction Date 10/07/2015** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.20<br>0.20 | 0.00<br>50.00<br>50.00 | | |

**Transaction Date 10/09/2015**

| 2861.001 | 10/09/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Emails with listing agent regarding lien payoffs and listing price. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 20 |

| **Total for Transaction Date 10/09/2015** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.30<br>0.30 | 0.00<br>75.00<br>75.00 | | |

**Transaction Date 10/19/2015**

| 2861.001 | 10/19/2015 | 12 | P | 1 | 250.00 | 1.70 | 425.00 | Draft order from relief from stay for divorce proceeding (.5); telephone conference with B. Wright regarding same (.2); telephone conference with C. Dorheim regarding same and case closing issues(.3) analyze house sale and case payoff contingencies (.6).<br>Steinbach/Darlene R.<br>Bankruptcy | 21 |

| **Total for Transaction Date 10/19/2015** | | | | | Billable | 1.70 | 425.00 | | |

**Transaction Date 10/20/2015**

| 2861.001 | 10/20/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Emails with Ch 13 Trustee regarding order; telephone conference with court regarding same. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 22 |

| **Total for Transaction Date 10/20/2015** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.30<br>0.30 | 0.00<br>75.00<br>75.00 | | |

**Transaction Date 10/21/2015**

| 2861.001 | 10/21/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Edit Relief From Stay Order per court's instructions. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 23 |

| **Total for Transaction Date 10/21/2015** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.20<br>0.20 | 0.00<br>50.00<br>50.00 | | |

**Transaction Date 10/22/2015**

| 2861.001 | 10/22/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with divorce attorneys regarding entered order for rfs.<br>Steinbach/Darlene R.<br>Bankruptcy | 24 |

| **Total for Transaction Date 10/22/2015** | | | | | Billable | 0.20 | 50.00 | | |

**Transaction Date 11/18/2015**

| 2861.001 | 11/18/2015 | 12 | P | 1 | 250.00 | 0.40 | 100.00 | Review motion to dismiss; draft letter to client regarding same.<br>Steinbach/Darlene R.<br>Bankruptcy | 25 |

| **Total for Transaction Date 11/18/2015** | | | | | Billable | 0.40 | 100.00 | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 11/20/2015**

| 2861.001 | 11/20/2015 | 12 | P | 1 | 250.00 | 0.80 | 200.00 | Emails with Realtor regarding sale price and payoff information (0.2); analyze payoff options and modified plan possibility (0.4); analyze payment from homestead exemption to secured creditors (0.2).<br>Steinbach/Darlene R.<br>Bankruptcy | 26 |

| **Total for Transaction Date 11/20/2015** | | | | | Billable | 0.80 | 200.00 | | |

**Transaction Date 11/23/2015**

| 2861.001 | 11/23/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Conference with N. Henderson regarding payoff and exemption issue. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 27 |

| **Total for Transaction Date 11/23/2015** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.30 | 75.00 | | |
| | | | | | Total | 0.30 | 75.00 | | |

**Transaction Date 11/24/2015**

| 2861.001 | 11/24/2015 | 12 | P | 1 | 250.00 | 0.80 | 200.00 | Emails with Realtor regarding new offers and closing logistics; analyze modified plan options regarding sale price and exemption issues. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 28 |

| **Total for Transaction Date 11/24/2015** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.80 | 200.00 | | |
| | | | | | Total | 0.80 | 200.00 | | |

**Transaction Date 12/02/2015**

| 2861.001 | 12/02/2015 | 12 | P | 1 | 250.00 | 0.40 | 100.00 | Review HUD closing and sales documents; email to trustee regarding payoff.<br>Steinbach/Darlene R.<br>Bankruptcy | 30 |

| **Total for Transaction Date 12/02/2015** | | | | | Billable | 0.40 | 100.00 | | |

**Transaction Date 12/04/2015**

| 2861.001 | 12/04/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with trustee regarding case payoff status.<br>Steinbach/Darlene R.<br>Bankruptcy | 29 |

| **Total for Transaction Date 12/04/2015** | | | | | Billable | 0.20 | 50.00 | | |

**Transaction Date 12/10/2015**

| 2861.001 | 12/10/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with escrow agent regarding closing and payoff.<br>Steinbach/Darlene R.<br>Bankruptcy | 31 |

| **Total for Transaction Date 12/10/2015** | | | | | Billable | 0.20 | 50.00 | | |

**GRAND TOTALS**

| | Billable | 12.60 | 3,150.00 |
|---|---|---|---|
| | Non-billable | 3.00 | 750.00 |
| | Total | 15.60 | 3,900.00 |